UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) ANTHONY T. BANAS, ) Defendant. ) ) | Civil Action No. 10 cv 3877 <br><br> Honorable Judge Joan B. Gottschall <br><br> Magistrate Judge Sheila Finnegan |

## UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST ANTHONY T. BANAS

Plaintiff, the Securities and Exchange Commission ("SEC"), pursuant to Federal Rule of Civil Procedure 7(b)(1), files this unopposed motion for entry of a Final Judgment against defendant Anthony T. Banas ("Banas"). In support of its motion the SEC states the following:

1. On June, 22, 2010, the SEC commenced this action.

2. Banas has offered to consent to the entry of a Final Judgment without admitting or denying the allegations against him. The Consent to Final Judgment is attached to this motion as Exhibit 1 and the proposed Final Judgment is attached as Exhibit 2.

3. Defendant Banas has executed the attached Final Judgment and Counsel for Defendant Banas reviewed this motion before filing. Defendant Banas does not oppose the entry of the proposed Final Judgment.

For the foregoing reasons, the SEC requests that the Court grant this Unopposed Motion.

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

/s/ Amy S. Cotter
By: One of its Attorneys

Amy S. Cotter (IL Bar No. 6238157)
Attorney for Plaintiff
**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
175 W. Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 886-8501
Facsimile: (312) 353-7398
Email: cottera@sec.gov

Dated: June 22, 2010